IN THE MATTER OF THE APPLICATION OF EMIL HERRI-GEL FOR LEAVE TO FILE CERTIFICATE OF COM-MENCEMENT OF CLERKSHIP NUNC PRO TUNC.

Decided September 22, 1925.

Memorandum by the court:

This case is similar in its fundamental features to that of Charles Genzler, respecting which a memorandum is filed herewith. The present application is based upon a proper affidavit, and the application was made by a counselor. A rule may be entered permitting the filing of certificate of commencement of clerkship *nunc pro tunc*.

---

IN THE MATTER OF THE APPLICATION OF SIGMUND AUERBACH TO FILE CERTIFICATE OF COMMENCE-MENT OF CLERKSHIP NUNC PRO TUNC.

Decided September 22, 1925.

Memorandum by Part III:

A careful examination of the papers submitted in this case satisfies us that the applicant has not shown himself to have complied with the rules relative to the service of clerkships. The application is therefore denied.